

FILED
CLERK U.S. DISTRICT COURT
FEB -5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　v.<br>Michael Allan Zaparg<br>　　Defendant. | 10-214M<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//
//

1        The court concludes:

2  A.   ( )  Defendant poses a risk to the safety of other persons or the community

3              because defendant has not demonstrated by clear and convincing

4              evidence that:

_____

_____

_____

_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*he will abide by court order*

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 2/5/10

*[signature]*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE